PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00237-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CARLOS AMEZOLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Kara Ottervanger, attorney for defendant Carlos Amezola, that the status conference set for February 14, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to May 22, 2024 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. By this stipulation, defendant now moves to continue the status conference, and to exclude time from February 14, 2024 to May 22, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form.

Stipulation                                    1

1  Initial discovery has been either produced directly to counsel and/or made available for
2  inspection and copying.
3    b)  Defense counsel requires additional time to review discovery and investigate.
4    c)  The government does not object to the continuance.
5    d)  Based on the above-stated findings, the ends of justice served by continuing the
6  case as requested outweigh the interest of the public and the defendant in a trial within the
7  original date prescribed by the Speedy Trial Act.
8    e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9  et seq., within which trial must commence, the time period from February 14, 2024 to May 22,
10 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.
11 § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's
12 request on the basis of the Court's finding that the ends of justice served by taking such action
13 outweigh the best interest of the public and the defendant in a speedy trial.
14   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
15 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
16 must commence.

18 Dated: February 1, 2024         Respectfully submitted,

19                      PHILLIP A. TALBERT
                     United States Attorney
20

21
               By  /s/ Robert L. Veneman-Hughes
22                  ROBERT L. VENEMAN-HUGHES
                 Assistant United States Attorney
23
  Dated: February 1, 2024        /s/ Kara Ottervanger
24                      KARA OTTERVANGER
                     Attorney for Roosevelt MALDANADO
25

26 / / /
27 / / /
28 / / /

Stipulation              2

**ORDER**

IT IS SO ORDERED that the status conference is continued from February 14, 2024, to **May 22, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __**February 2, 2024**__        /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

Stipulation                                              3