HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARLOS AMEZOLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00237-NODJ-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| CARLOS AMEZOLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, and counsel for defendant Carlos Amezola, Assistant Federal Defender Kara R. Ottervanger, that the status conference set for May 28, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to June 11, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Mr. Amezola, by and through counsel of record, hereby stipulate as follows:

1.      The parties have been engaged in plea negotiation and have reached an oral agreement on how to resolve the case. At this time, all that remains is for the parties to commit the agreement to writing and for defense counsel to review it thoroughly with Mr. Amezola prior to his signing.

2.      Given the busy calendars of both parties, it is unlikely that this will be finished prior to the

May 28, 2025, status hearing. Additionally, counsel has a conflict with the May 28, 2025, date.

3.    The parties do not anticipate proceeding to trial given the state of plea negotiations.

4.    By this stipulation, Mr. Amezola now moves to continue the status conference, and to exclude time from May 28, 2025 to June 11, 2025.

5.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. Initial discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    Defense counsel requires additional time to review the details of the plea offer to Mr. Amezola.

c)    The government does not object to the continuance.

d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from May 28, 2025, to June 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

Dated: May 15, 2025                                   Respectfully submitted,

                                                      MICHELE BECKWITH
                                                      Acting United States Attorney

                                              By      /s/ Robert L. Veneman-Hughes
                                                      ROBERT L. VENEMAN-HUGHES
                                                      Assistant United States Attorney

Dated: May 15, 2025                                   /s/ Kara Ottervanger
                                                      KARA OTTERVANGER
                                                      Attorney for Carlos AMEZOLA


## ORDER

IT IS SO ORDERED that the status conference is continued from May 28, 2025, to **June 11, 2025,
at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.**  Time is excluded
pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv). If a plea agreement is filed
before June 11, the Court will vacate the status conference date. If a plea agreement is not filed before
June 11, the party shall appear for purposes of picking a trial date.

IT IS SO ORDERED.

Dated:   **May 19, 2025**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

Stipulation                                    3