HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARLOS AMEZOLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CARLOS AMEZOLA,<br><br>                              Defendant. | CASE NO.  1:23-CR-00237-JAM-BAM<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Carlos Amezola, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Mr. Amezola agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Mr. Amezola further agrees that notice to his attorney that his presence is required will be deemed notice to himself of the requirement of his appearance at said time and place.

        //

        //

        //

Rule 43 request

1

Dated: June 3, 2025

/s/ *Carlos Amezola*
CARLOS AMEZOLA
Defendant

Dated: June 3, 2025

/s/ Kara R. Ottervanger
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Carlos AMEZOLA

## **FINDINGS AND ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **June 3, 2025**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Rule 43 request

2