ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00237-JAM-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO SET CHANGE OF PLEA** |
| v. | |
| CARLOS AMEZOLA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties that the matter be set for change of plea before the Hon. John A. Mendez on October 7, 2025, and all other dates be vacated.

    The parties have reached a plea agreement which is being filed contemporaneously with this stipulation and proposed order. After consultation with the court and counsel, October 7, 2025, is a convenient day for the change of plea. No time exclusion is required as time has been previously excluded through February 2, 2026.

Dated: September 9, 2025

Respectfully submitted,

ERIC GRANT
United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: September 9, 2025

/s/ Kara Ottervanger
KARA OTTERVANGER
Attorney for Carlos AMEZOLA

Stipulation                                   1

## ORDER

The January 06, 2026 trial confirmation hearing is hereby **VACATED**. A Change of Plea Hearing is **SET** for **Tuesday, October 07, 2025, at 09:00 a.m**., in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez. No exclusion of time is required as time has previously been excluded through February 02, 2026.

The Court will vacate the February 02, 2026 trial after the Change of Plea Hearing.

IT IS SO ORDERED.

September 12, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation                                  2