HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARLOS AMEZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-cr-00237-JAM-BAM |
| Plaintiff, | **ORDER GRANTING *UNOPPOSED* MOTION TO EXONERATE BOND** |
| vs. | |
| CARLOS AMEZOLA, | |
| Defendant. | |

The motion to exonerate bond is hereby **GRANTED**. The surety of the $3,000 cash bond executed on December 29, 2023, is exonerated and the Clerk of Court is directed to release the $3,000 cash bond to Jose Amezola, Jr.

IT IS SO ORDERED.

Dated:  **December 10, 2025**         /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE