HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
KARA R. OTTERVANGER. CA Bar # 354424
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561

Attorneys for Defendant
CARLOS AMEZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-cr-00237-JAM-EPG |
| Plaintiff, | ***UNOPPOSED* MOTION TO EXONERATE PROPERTY BOND; ORDER** |
| vs. | |
| CARLOS AMEZOLA, | |
| Defendant. | |

Defendant Carlos Amezola hereby moves this Court to exonerate the sureties and release the property bond posted in this matter pursuant to Rule 46 of the Federal Rules of Criminal Procedure.

On December 21, 2023, Mr. Amezola was arraigned on an Indictment in this matter in the Eastern District of California. *See* ECF #7 On December 29, 2023, the Court held a continued detention hearing, during which the Court ordered Mr. Amezola released on a cash bond in the amount of $3,000.00 to be posted by Jose Amezola, Jr., which could be exonerated upon the posting of a full equity bond posted by Rosalia Alarcon. *See* ECF #10, 12. The cash bond was posted the same day as the detention hearing. *See* ECF #11 ("CASH BOND POSTED as to Carlos Amezola in amount of $ 3,000.00, Receipt # #CAE100001872."). After a further detention hearing on January 5, 2024, the full deed of trust was posted on January 9, 2024. *See* ECF # 18 ("COPY OF DEED OF TRUST #2024-0001267 and Original Straight Note RECEIVED, posted by Rosalia

Alarcon as to Carlos Amezola.") and ECF # 19 ("COLLATERAL RECEIVED as to Carlos Amezola: Original Deed of Trust No. 2024-0001267 Received from Rosalia Alarcon."). The cash bond was exonerated on December 10, 2025. *See* ECF # 49.

On October 10, 2025, Mr. Amezola entered a guilty plea to Count I of the Indictment. *See* ECF #45. The Court thereafter sentenced Mr. Amezola to time served and three years of supervised release, which commenced on February 10, 2026. *See* ECF # 57. The remaining counts of the Indictment were dismissed on February 10, 2026. *See* ECF # 57.

Pursuant to Federal Rule of Criminal Procedure 46(g), the defense now requests that the Court exonerate the sureties and release the property bond in light of Mr. Amezola's satisfaction of the bond conditions. *See* Fed. R. Crim. P. 46(g) ("The court must exonerate the surety and release any bail when a bond condition has been satisfied or when the court has set aside or remitted the forfeiture. The court must exonerate a surety who deposits cash in the amount of the bond or timely surrenders the defendant into custody.").

On February 12, 2026, defense counsel contacted counsel for the government, who stated that he has no objection to this motion.

Dated:  February 12, 2026          Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender


                                   */s/ Kara R. Ottervanger*
                                   KARA R. OTTERVANGER
                                   ERIN SNIDER
                                   Assistant Federal Defenders
                                   Counsel for Defendant
                                   CARLOS AMEZOLA

## ORDER GRANTING *UNOPPOSED* MOTION
## TO EXONERATE PROPERTY BOND

The motion to exonerate the property bond is hereby **GRANTED**. All sureties of the property bond executed on January 9, 2024, are exonerated and the Clerk of Court is directed to release the deed of trust to Rosalia Alarcon.


IT IS SO ORDERED.

Dated:     **February 12, 2026**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE